USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                    :

BRIAN GALLAGHER,                              :

                                               Plaintiff,    :           1:23-cv-3637-GHW

                              -v -                                     :           <u>ORDER</u>

METRO-NORTH COMMUTER RAILROAD  :
COMPANY,                                       :

                                          Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On May 24, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than June 7, 2023. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's May 24, 2023 order forthwith, and in no event later than June 12, 2023.

      SO ORDERED.

Dated: June 8, 2023
New York, New York

                                                                        GREGORY H. WOODS
                                                                   United States District Judge